NANCY WEINSTEIN *v.* LUKE A. WEINSTEIN

The plaintiff's petition for certification for appeal from the Appellate Court, 104 Conn. App. 482 (AC 24855), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Lori Welch-Rubin,* in support of the petition.

*Luke A. Weinstein,* pro se, in opposition.

Decided January 16, 2008

MITCHELL HENDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Mitchell Henderson's petition for certification for appeal from the Appellate Court, 104 Conn. App. 557 (AC 26954), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Christopher M. Neary,* special public defender, in support of the petition.

*Toni M. Smith-Rosario,* assistant state's attorney, in opposition.

Decided January 16, 2008